| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JAMES MACDONALD<br>7095 Hollywood Blvd #327<br>Los Angeles, CA 90028<br>Tel #: (818) 850-1791<br>Plaintiff In Pro Per<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>**FILED**<br>MAY 05 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>**FILED**<br>**CLERK, U.S. DISTRICT COURT**<br>5/18/2021<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY: ___DTA___ DEPUTY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LONNIE TODD MOORE,<br><br>Debtor.<br><br>Debtor(s). | CASE NO.: 2:16-bk-12889-SK   2:21-cv-04138-GW<br>ADVERSARY NO.: 2:20-ap-01673-SK<br>(*if applicable*)<br>CHAPTER: 7 |
|---|---|
| JAMES MACDONALD,<br><br>Plaintiff (and Creditor)<br><br>                          Plaintiff(s) (*if applicable*).<br>vs.<br>SHEREEN ARAZM KOULES AND DAVID HILTY,<br><br>Defendants (and Creditors)<br><br>                        Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): JAMES MACDONALD _____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Order Granting Motion for Judgment on Pleading and Order Dismissing Adversial Complaint

2. The date the judgment, order, or decree was entered: 4/21/2021

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: SHEREEN ARAZM KOULES

   Attorney:
   Louis Kempinsky,
   Kempinsky Law,
   11111 Santa Monica Blvd., Suite 1700,
   Los Angeles, CA 90025
   424-901-6690
   lek@kempinskylaw.com

2. Party: DAVID HILTY

   Attorney:
   Louis Kempinsky,
   Kempinsky Law,
   11111 Santa Monica Blvd., Suite 1700,
   Los Angeles, CA 90025
   424-901-6690
   lek@kempinskylaw.com

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____    Date: 05/05/2021
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6259 W 83rd Pl, Los Angeles, CA 90045-3912

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/5/2021 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kempinsky Law, 11111 Santa Monica Blvd., Suite 1700, L.A., CA 90025 (Arazm & Hilty), lek@kempinskylaw.com
Trustee Elissa Miller, SulmeyerKupetz, 333 South Grand Ave Ste 3400, Los Angeles, CA 90071, CA71@ecfcbis.com
US Trustee, 915 Wilshire Blvd STE 1850, Los Angeles, CA 90017, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/5/2021 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Kempinsky Law, 11111 Santa Monica Blvd., Suite 1700, Los Angeles, CA 90025 (Arazm & Hilty)
chamber copy - Judge Klein, BK Courtroom 1575,, 255 E Temple St, Los Angeles, CA 90012
Trustee Elissa Miller, Elissa Miller, SulmeyerKupetz, 333 South Grand Ave Ste 3400, Los Angeles, CA 90071
Lonnie Moore, Law Offices of Khachik Akhkashian, 2418 Honolulu Ave, Ste G Montrose, CA 91020

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/5/2021 | Susan Hargrove | /s/ Susan Hargrove |
| Date | Printed Name | Signature |